# Richmond

RICHARD CARROLL GREEN v. COMMONWEALTH OF VIRGINIA.

March 6, 1972.

Record No. 7770.

Present, Snead, C.J., Carrico, Gordon, Harrison, Cochran and Harman, JJ.

*R. R. Ryder*, for plaintiff in error.

*A. R. Woodroof, Assistant Attorney General (Andrew P. Miller, Attorney General*, on brief), for defendant in error.

*Judgment affirmed* without opinion by equally divided Court.